# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julie A. Su <br><br> v. <br><br> Good Cash, LLC et al <br><br> PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER** <br><br> 2:23-cv-10306 CBM(ADSx) <br><br> **ORDER RE TRANSFER** <br> **(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_12/11/23_
Date

_[signature]_
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  _2:23-cv-07017 HDV(Ex)_  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Spaeth_ to Magistrate Judge _Eick_.

On all documents subsequently filed in this case, please substitute the initials _HDV(Ex)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:23-cv-10306 HDV(Ex)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (06/23)        ORDER RE TRANSFER (Related Cases)